*May Term, 1845.*

BRADBURY
*v.*
DOUGHERTY.

---

BRADBURY *v.* DOUGHERTY.—In error.

THE refusal to continue a cause on account of the absence of a witness, if the continuance be applied for on a sufficient affidavit, is error. *Vanblaricum* v. *Ward*, 1 Blackf. 50.

The execution-defendant is a competent witness for the plaintiff, on a trial of the right of property. *Hankins et al.* v. *Ingols*, 4 Blackf. 35.

*Wednesday, July 23.*

The circumstance that a person has executed an appeal-bond in the name of the plaintiff and as his attorney in fact, in the case of an appeal from a justice's judgment, does not render him incompetent as a witness for the plaintiff, on the trial of the cause in the Circuit Court.